UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BRIAN SWEENEY,                                              08 CV 3192 (PAC)(RLE)

      Plaintiff,

  -against-

THE LONG ISLAND RAILROAD COMPANY,

      Defendant.
------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

1. I am over the age of eighteen and am not a party to this lawsuit.

2. I reside in New York, New York.

3. I make this Affidavit of Service pursuant to the FRCP.

4. On April 8, 2008, I mailed by United States Mail, First Class, Postage Pre-paid, together with two copies of a statement of service by mail and acknowledgment of receipt in the form prescribed by the FRCP together with a return envelope postage pre-paid addressed to the sender a copy of the annexed Summons and Verified Complaint to:

The Long Island Railroad Company
Jamaica Station
Jamaica, New York 11435
Attn: Legal Department

                                             _____
                                             Laurie A. Hockman

Sworn to before me this 8th day of April, 2008.

_____
Notary Public

                                             FREDRIC M. GOLD
                                    Notary Public, State of New York
                                          No 02305044894
                                     Qualified in Nassau County
                                   Commission Expires June 5, 19 2011