```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-9-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRIAN SWEENEY,

                Plaintiff,

- against -

THE LONG ISLAND RAILROAD COMPANY,

                Defendant.

**PRETRIAL CONFERENCE ORDER**

08 Civ. 3192 (PAC) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

    This action has been referred to Magistrate Judge Ronald L. Ellis for TRIAL.

    **A CONFERENCE WILL BE HELD IN THIS CASE BY THE JUDGE ON MAY 27, 2008, AT 10:00 A.M. IN COURTROOM 18D, 500 PEARL STREET.** All counsel must be present. Plaintiff's counsel is responsible for confirming with each defendant's counsel that all necessary participants are aware of this conference. At the initial conference, the parties must be fully prepared to discuss any issues pertaining to this case, including subject matter jurisdiction, venue, schedules for discovery, insurance coverage and settlement. **AT LEAST FIVE DAYS BEFORE THE CONFERENCE, THE PARTIES MUST MEET TO DISCUSS THE MATTERS SPECIFIED IN FEDERAL RULE CIVIL PROCEDURE 26(f).** At or prior to the meeting between the parties, the parties must comply with automatic disclosure requirements of Rule 26 (a) (1).

    No request for adjournment will be considered unless made at least **THREE BUSINESS DAYS** before the scheduled conference and only after the parties have consulted with each other. Direct inquiries to Michael Brantley, 212-805-0242.

*[signature]*

The Honorable Ronald L. Ellis
United States Magistrate Judge

SO ORDERED
May 9, 2008