UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRIAN SWEENEY,

                Plaintiff,

      - against -

THE LONG ISLAND RAILROAD COMPANY,

               Defendant.

ORDER

08 Civ. 3192 (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

Following a conference with the Court on May 27, 2008,

**IT IS HEREBY ORDERED** that all discovery in this case be completed by **September 30, 2008.**

**SO ORDERED this 27th day of May 2008**
New York, New York

*[signature]*

The Honorable Ronald L. Ellis
United States Magistrate Judge